**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | No. 3:09-CR-98 |
| ) | (Phillips) |
| **RODNEY B. MACK, JR.** ) | |

### ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc.45] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on August 9, 2011, is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to declare the case complex and for a waiver of the case compensation maximum limit [Doc. 43] is **DENIED.**

**ENTER:**

        s/ Thomas W. Phillips
United States District Judge